UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

_____

In re:                                                                              Chapter 7
SOL ANGELA GARCIA,
       Debtor.                                                         Case No. 13-14788-RBR
_____

KURT WOLFSGRUBER, AN INDIVIDUAL,
       Plaintiff,                                                         Adversary Proceeding
                                                                                    No. 13-01349

     -against-

SOL ANGELA GARCIA, AN INDIVIDUAL
       Defendant.
_____

**INITIAL DISCLOSURE OF WITNESSES AND DOCUMENTS PURUSANT TO RULE 26**

     Plaintiff-Creditor Kurt Wolfsgruber, files these initial disclosures:

     Witnesses:

1.     Kurt Wolfsgruber, 403.923.4952, 210 Discovery Ridge Terrace SouthWest, Calgary, AB T3H 5T6. Mr. Wolfsgruber will testify regarding the dates he transferred monies to Debtor, as well as to his unanswered requests via email and telephone for Debtor to return the monies.

2.     Cedric Orban 954-812-6490, 208 S. Riverside Drive, Pompano Beach, FL 33062. Mr. Orban was formerly married to Debtor. He will testify regarding the former couple's finances, Debtor's lavish spending, and the disclosures made by Debtor during the divorce proceedings.

3.     Custodian of Records Wells Fargo (formerly Wachovia), Bank of

America, and other Banks that are not presently known to Mr. Wolfsgruber but may become known through discovery that were holding monies on behalf of Debtor related to the transfers made by Kurt Wolfsgruber for purposes of authenticating bank records. Wells Fargo Bank Custodian of Records, 350 E. Las Olas Blvd, #100, Fort Lauderdale, FL 33301. (954) 765-3900. Bank of America, Custodian of Records, 401 E Las Olas Blvd, Fort Lauderdale, FL, (954) 524-6581.

Documents:

1. Emails between Debtor and Mr. Wolfsgruber, served upon Debtor's prior counsel on 10/15/12.
2. Wire transfer documents served upon Debtor's prior counsel on 10/15/12.
3. Bank statements and other disclosures of documents made in Debtor's divorce case which were served upon Debtor's prior counsel on 10/15/12.

Dated: May 17, 2013

    James R. Dunn
    Attorney for Kurt Wolfsgruber
    200 SE 6th Street, Suite 402
    Fort Lauderdale, FL 33301
    Telephone: 305.741.3866
    eFax: 916.252.3866
    James@AttorneyJamesDunn.Com
    By:____/s/_____
    James R. Dunn
    FBN 40950