

**ORDERED in the Southern District of Florida on September 5, 2013.**

Raymond B. Ray, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
Broward Division

In re:

SOL ANGELA GARCIA,                          Case No. 13-14788-RBR

    Debtor(s).                                    Chapter 7
_____/

KURT WOLFSGRUBER,                           Adv. Case No. 13-01349-RBR

    Plaintiff(s).
vs.

SOL ANGELA GARCIA,

    Defendant(s).
_____/

### ORDER TAKING MOTION TO DISMISS [D.E. 26] UNDER ADVISEMENT

    THIS MATTER came before the Court for a hearing on September 5, 2013, upon the Defendant's Motion to Dismiss [D.E. 26] the Amended Complaint [D.E. 15], and the Response [D.E. 29] thereto. The Court took the matter under advisement and ordered submissions in Word or Word Perfect format emailed to RBR_Chambers@flsb.uscourts.gov (not uploaded to

CM/ECF) by **September 23, 2013**.  This date may be extended *ex parte* pursuant to the Local Rules.

###

Clerk shall furnish copies to:
James R. Dunn, Esq.
Lawrence E. Pecan, Esq.