UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                              Chapter 7
SOL ANGELA GARCIA,
    Debtor.                                     Case No. 13-14788-RBR

KURT WOLFSGRUBER,
    Plaintiff,                                  Adversary Proceeding
                                                 No. 13-01349-RBR

    -against-

SOL ANGELA GARCIA,
    Defendant.

**MOTION TO CONTINUIE PRETRIAL CONFERENCE OF SEPTEMBER 9, 2013**

    Plaintiff/Creditor Kurt Wolfsgruber moves for a continuance of the September 9, 2013, pretrial conference, and in support states the following:

1. On September 5, 2013, at the hearing on the Motion to Dismiss Amended Complaint, the parties brought it to the Court's attention that a pretrial was scheduled for the following Monday, and agreed it should be continued.

2. The Court took the Motion to Dismiss under advisement and ordered the parties to submit proposed orders regarding the same motion on or before September 23, 2013.

3. To conserve judicial resources, this matter should be removed from the September 9, 2013, pretrial calendar, and a new date should be placed on the calendar.

WHEREFORE, Plaintiff/Creditor requests this Honorable Court enter the proposed order removing the September 9, 2013, date from the calendar, and request the Court's staff provide a new pretrial date.

I hereby certify I uploaded this document for service upon opposing counsel Lawrence Pecan via the CM/ECF website for the Clerk of Court for the United States Bankruptcy Court Southern District of Florida.

Dated: September 7, 2013

>James R. Dunn
>Attorney for Kurt Wolfsgruber
>200 SE 6th Street, Suite 402
>Fort Lauderdale, FL 33301
>Telephone: 305.741.3866
>eFax: 916.252.3866
>James@AttorneyJamesDunn.Com
>By:____/s/_____
>James R. Dunn
>FBN 40950