UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

_____

In re:                                                                                  Chapter 7
SOL ANGELA GARCIA,
    Debtor.                                                         Case No. 13-14788-RBR
_____

KURT WOLFSGRUBER,
    Plaintiff,                                                         Adversary Proceeding
                                                                                                                       No. 13-01349-RBR

    -against-

SOL ANGELA GARCIA,
    Defendant.
_____

**ORDER CONTINUING PRETRIAL CONFERENCE OF SEPTEMBER 9, 2013**

    THIS MATTER came before the Court without a hearing after counsel for both parties agreed at the September 5, 2013, hearing on the Motion to Dismiss, that it was in the best interest of conservation of resources that the September 9, 2013, pretrial date should be continued. After having reviewed the case file, and being otherwise duly advised in the premises, it is:

1

2

ORDERED that the September 9, 2013, pretrial conference is continued, and should be removed from the Docket.

Submitted by: James R. Dunn, Esq.
200 SE 6th Street, Suite 402
Fort Lauderdale, FL 33301
Telephone: 954.684.3535
James@AttorneyJamesDunn.com
FBN 40950

Attorney Dunn shall furnish a copy to Attorney Lawrence Pecan, counsel for Debtor, and file a Certificate of Service.