United States Bankruptcy Court
Southern District of Florida

Wolfsgruber,
    Plaintiff

Adv. Proc. No. 13-01349-RBR

Garcia,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 113C-0     User: rodriguez     Page 1 of 1     Date Rcvd: Sep 06, 2013
                     Form ID: pdf004     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2013.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust         +E-mail/Text: USTPRegion21.MM.ECF@usdoj.gov Sep 06 2013 23:49:19      Office of the US Trustee,
            51 S.W. 1st Ave.,    Suite 1204,    Miami, FL 33130-1614
                                                                                                                  TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2013                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2013 at the address(es) listed below:
         James R Dunn    on behalf of Plaintiff Kurt   Wolfsgruber James@AttorneyJamesDunn.com
         Lawrence E Pecan    on behalf of Defendant Sol Angela Garcia lpecan@marshallgrant.com,
           efile@marshallgrant.com;mg197ecfbox@gmail.com
                                                                                                                                                                         TOTAL: 2



ORDERED in the Southern District of Florida on September 5, 2013.

Raymond B. Ray, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
Broward Division

In re:

SOL ANGELA GARCIA,                                    Case No. 13-14788-RBR

    Debtor(s).                                        Chapter 7
_____/

KURT WOLFSGRUBER,                                     Adv. Case No. 13-01349-RBR

    Plaintiff(s).
vs.

SOL ANGELA GARCIA,

    Defendant(s).
_____/

### ORDER TAKING MOTION TO DISMISS [D.E. 26] UNDER ADVISEMENT

    THIS MATTER came before the Court for a hearing on September 5, 2013, upon the Defendant's Motion to Dismiss [D.E. 26] the Amended Complaint [D.E. 15], and the Response [D.E. 29] thereto. The Court took the matter under advisement and ordered submissions in Word or Word Perfect format emailed to RBR_Chambers@flsb.uscourts.gov (not uploaded to

CM/ECF) by **September 23, 2013**.  This date may be extended *ex parte* pursuant to the Local Rules.

###

Clerk shall furnish copies to:
James R. Dunn, Esq.
Lawrence E. Pecan, Esq.

Case 13-01349-RBR    Doc 38    Filed 09/08/13    Page 3 of 3